United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE RAUL CHANGOBALIN CUNALATA, <br>    Petitioner, | § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NUMBER <br> 4:26-cv-01290 |
| versus | § <br> § <br> § | JUDGE CHARLES ESKRIDGE |
| GRANT DICKEY, *et al.* <br>    Respondents. | § <br> § | |

### ORDER

Pending is an advisory by Respondents indicating that Petitioner Jorge Raul Changobalin Cunalata has been removed from the United States. Dkt 8; see also Dkt 8-1 (final order of removal).

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED AS MOOT.

This action will be restored to the docket upon prompt request by Petitioner with demonstration that any aspect of this action has not been rendered moot by removal.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on March 31, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge